United States District Court
Southern District of Texas
**ENTERED**
June 10, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EFRAIN ALCIDES CRUZ DIAZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-2587 |
| | § | |
| WARDEN, MONTGOMERY | § | |
| PROCESSING CENTER, *et al.* | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

Petitioner Efrain Alcides Cruz Diaz filed this habeas petition when detained in the custody of officials with Immigration and Customs Enforcement (ICE). On May 29, 2026, the respondents filed a motion to dismiss the petition and state that the petitioner was removed from the United States on April 7, 2026, before this Court entered an order to answer.

Because the petitioner is no longer in the respondents' custody, the respondents' motion to dismiss the petition as moot (Dkt. 6) is **GRANTED**.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on _____June 10_____, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE